**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Armando Flores, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. CV-06-2675-PHX-PGR |
| vs. | ) ) | |
| Metro Valley Painting Corporation, et al., | ) ) ) ) | ORDER |
| Defendants. | ) | |

The plaintiffs filed a Motion for Leave to File First Amended Complaint (doc. #63) on May 7, 2008.  The plaintiff's memorandum of points and authorities motion in support of their motion states that the plaintiffs wish to file a First Amended Complaint pursuant to Fed.R.Civ.P. 15(a) to add a FLSA retaliation claim on behalf of plaintiff Jesus Covarrubias.  The proposed new claim arises from actions taken by representatives of the defendants in February, 2008.

The Court notes that Rule 15(a)(2), the sole procedural rule relied upon by the plaintiffs, is not applicable to the situation presented by the plaintiffs.  First, even if an amended complaint were in fact what the plaintiffs need to file to raise their new claim (and it is not), their motion would be governed by Fed.R.Civ.P. 16(a), not Rule 15(a), since the deadline imposed by the Court for filing an amended complaint has long since expired. *See* Coleman v. Quaker Oats Co.,

232 F.3d 1271, 1294 (9th Cir. 2000); Johnson Mammoth Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1992).

Second, since the proposed retaliation claim is based on events occurring after the commencement of this action, what the plaintiffs should be seeking to file is a supplemental complaint, not an amended complaint, under the standard set forth in Fed.R.Civ.P. 15(d). In order to rectify the deficiency in the plaintiffs' memorandum, the Court will require the plaintiffs to file a supplemental memorandum of points and authorities that discusses the proper legal standard for their motion. Therefore,

IT IS ORDERED that the plaintiffs shall file a supplemental memorandum of points and authorities in support of their Motion for Leave to File First Amended Complaint no later than May 19, 2008.[1] The supplemental memorandum shall set forth why their motion should be granted pursuant to Fed.R.Civ.P. 15(d).

IT IS FURTHER ORDERED that the defendants' time for responding to the plaintiffs' Motion for Leave to File First Amended Complaint shall run from the service on them of the plaintiffs' supplemental memorandum of points and authorities.

DATED this 8th day of May, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] The plaintiffs are advised that the total capitalization of the parties' names in the caption of any document filed with the Court violates LRCiv 7.1(a)(3).