**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Armando Flores, et al.,<br><br>        Plaintiffs,<br>    vs.<br><br>Metro Valley Painting Corporation, et al.,<br><br>        Defendants. | No. CV-06-2675-PHX-PGR<br><br>ORDER |

Pursuant to the Stipulation for Dismissal of Plaintiffs Roberto Orta, Bernardo Garcia, Felicito Rivera and Trinidad Carlos Hernandez (doc. #83),

IT IS ORDERED that plaintiffs Roberto Orta, Bernardo Garcia, Felicito Rivera and Trinidad Carlos Hernandez are dismissed from this action without prejudice pursuant to Fed.R.Civ.P. 41(a).  The parties shall bear their own attorneys' fees and costs.

DATED this 26th day of June, 2008.

Paul G. Rosenblatt
United States District Judge