**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Flores, et al., <br><br> Plaintiffs, <br> vs. <br><br> Metro Valley Painting Corporation, et al., <br><br> Defendants. | No. CV-06-2675-PHX-PGR <br><br> ORDER |

IT IS ORDERED that the parties' Joint Motion to Continue Pending Deadlines and Notice of Settlement (doc. #182) is granted to the extent that all remaining deadlines set forth in the Fifth Amended Scheduling Order (doc. #179) are vacated.

IT IS FURTHER ORDERED that the parties shall file their joint motion for approval of the settlement no later than August 21, 2009, and, if the settlement does not encompass all remaining plaintiffs, a notice that the litigation of this action will continue as to some or all of the "non-participating plaintiffs."

DATED this 29th day of July, 2009.

Paul G. Rosenblatt
United States District Judge